UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

| | |
|---|---|
| LELAND FOSTER, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:15-cv-12886 |
| WHITMORE LAKE HOTELS, INC., a Michigan Corporation, d/b/a The Best Western of Whitmore Lake, | ) Judge Gerald E. Rosen ) Magistrate Judge R. Steven Whalen |
| Defendant. | ) |

_____

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

The parties to this action stipulating to the dismissal with prejudice of the Complaint of Plaintiff Leland Foster ("Plaintiff");

**IT IS HEREBY ORDERED** that Plaintiff's Complaint shall be and hereby is dismissed with prejudice and without costs or attorney's fees to any party.

**IT IS SO ORDERED.**

Dated:  October 29, 2015          s/Gerald E. Rosen
                                  Chief Judge, United States District Court

**SO STIPULATED:**

| | |
|---|---|
| s/ Owen B. Dunn , Jr. (*with consent*) | s/ Paul A. Wilhelm |
| Owen B. Dunn , Jr. | Paul A. Wilhelm (P69163) |
| 4334 W. Central Avenue, Suite 222 | CLARK HILL PLC |
| Toledo, OH 43615 | 500 Woodward Ave, Suite 3500 |
| Ph:  419.241.9661 | Detroit, MI 48226 |
| Fax: 419.241.9737 | Ph:  313.309.4269 |
| dunnlawoffice@sbcglobal.net | Fax: 313.309.6847 |
| | pwilhelm@clarkhill.com |
| Matthew B. Bryant | |
| Bryant Legal, LLC | *Attorney for Defendant Whitmore* |
| 6600 Sylvania Ave., Suite 260 | *Lake Hotels, Inc.* |
| Toledo, OH 43560 | |
| Ph:  419.340.3883 | |
| Fax: 614.573.9826 | |
| mbryant@bryantlegalllc.com | |

*Attorneys for Plaintiff Leland Foster*

October 28, 2015